1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES CURTIS KERN,                          No.  2:24-cv-3204 WBS CKD P

12                    Plaintiff,

13           v.                                    ORDER

14    SACRAMENTO COUNTY MAIN JAIL,

15                    Defendant.

16

17           Plaintiff has submitted two subpoenas for records.  The court will not order those

18    subpoenas served by the U.S. Marshal since the return date on the subpoenas does not provide

19    adequate time for the U.S. Marshal to serve the subpoenas and responses.  See Fed. R. Civ. P.

20    45(d)(3) (party responding to subpoena must be given reasonable time).

21           Good cause appearing, IT IS HEREBY ORDERED that:

22           1.  The Clerk of the Court issue two subpoenas and send them to plaintiff.

23           2.  If plaintiff chooses to return the subpoenas to the court for service by the U.S. Marshal,

24    the persons subpoenaed must be given no less than 60 days from the date the subpoenas are

25    returned to the court to respond.

26     3.  The deadline for plaintiff to file his amended complaint is extended to April 10, 2025. Failure

27           to file an amended complaint by that date will result in a recommendation that this action

28

1    be dismissed.  If plaintiff requires more time to file an amended complaint to serve and receive

2    responses to subpoenas, he may so move.

3    Dated:  February 28, 2025

4    _____
     CAROLYN K. DELANEY

5    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     kern3204.sub
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28