UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, | No. 2:24-cv-3204 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY MAIN JAIL, | |
| Defendant. | |

Plaintiff, proceeding in forma pauperis, has submitted two subpoenas for records. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court forward the subpoenas to the U.S. Marshal's Service for service.

Dated: March 19, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kern3204.sub(2)