UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>　　　　Defendant. | No. 2:24-cv-3204 WBS CKD P<br><br><br>ORDER |

On February 4, 2025, plaintiff's complaint was dismissed with leave to amend. The amended complaint was due on April 10, 2025, but plaintiff has not filed an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff file his amended complaint, or a motion for an extension of time to file an amended complaint, within 30 days. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 24, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
kern3204.ac