UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>　　　　　　Defendant. | No.  2:24-cv-3204 WBS CKD P<br><br><br>ORDER |

　　　　Plaintiff has filed a motion to compel the Sacramento County Jail to respond to a subpoena.  It appears both the subpoena at issue and motion to compel were served upon the Sacramento County Jail.  The Sacramento County Jail has not filed a response to the motion.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The Sacramento County Jail shall file a response to the pending motion to compel within 21 days.

　　　　2. The Clerk of the Court shall serve a copy of this order and plaintiff's motion to compel (ECF No. 18) upon:

　　　　　　　A.　　Sacramento County Sheriff's Office

　　　　　　　　　　Attn: Records and Warrants Bureau

　　　　　　　　　　4510 Orange Grove Avenue

　　　　　　　　　　Sacramento, CA 95841

1

   B. Sacramento County Counsel

    700 H Street, Suite 2650

    Sacramento, CA 95814

   C. Sacramento County Jail

    651 I Street

    Sacramento, CA 95814

 3. The deadline for plaintiff to file his amended complaint is vacated and will be reset after the motion to compel is resolved.

 4. Plaintiff's request for an extension of time to file his amended complaint (ECF No. 19) is DENIED as moot.

Dated: August 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
kern3204.36sec

2