UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>　　　　Defendant. | No.  2:24-cv-3204 CKD P<br><br><br><br>ORDER |

　　Plaintiff has filed a motion to compel the Sacramento County Jail to respond to a subpoena.  The Sacramento County Jail filed an opposition on August 25, 2025.  Plaintiff claims he never received a copy of the opposition.

　　Good cause appearing, IT IS HEREBY ORDERED that the Sacramento County Jail re-serve the opposition to plaintiff's motion to compel within 7 days and file a certificate of service with the court.  Plaintiff has until October 17, 2025, to file a reply to the opposition.

Dated:  September 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
kern3204.rs