UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, | No. 2:24-cv-3204 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY MAIN JAIL, | |
| Defendant. | |

On June 20, 2025, plaintiff filed a motion asking that the court compel the Sacramento County Jail to respond to a subpoena. The Sacramento County Jail opposed the motion. In a reply to the opposition, plaintiff indicates that, at this point, plaintiff only seeks surveillance video from the Sacramento County Jail "5e 300 pod near cell 5e 308" taken between 2:00-3:30 a.m. on November 11, 2022, and the name of the deputy working at that place and time. Good cause appearing, the court will order the Sacramento County Jail provide the video described to the court for in camera review if it exists. The Sacramento County Jail is not required to provide the name of the deputy described. A subpoena directs a person to provide documents, videos, etc. or appear for testimony. It does not require answers to questions. Fed. R. Civ. P. 17.

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within 21 days, the Sacramento County Jail shall provide to the court, for in camera review, surveillance video from "5e 300 pod near cell 5e 308" taken between 2:00-3:30 a.m. on November 11, 2022. If no such video exists, the Sacramento County Jail shall so certify within 21 days.

2. In all other respects, plaintiff's June 20, 2025, motion to compel (ECF No. 18) is denied.

Dated: November 10, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kern3204.sub(3)