UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CURTIS KERN,

          Plaintiff,

    v.

SACRAMENTO COUNTY JAIL,

          Defendant.

No.  2:24-cv-03204-WBS-CKD P

ORDER

Plaintiff, a state prisoner proceeding in forma pauperis, initiated this action on November 20, 2024. ECF No. 1.  On February 4, 2025, the Court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. ECF No. 6.  Thereafter, at plaintiff's request the Court authorized the issuance of subpoenas for plaintiff to obtain video surveillance from the jail. ECF No. 11.  Plaintiff later filed a motion to compel production of the surveillance tapes, which the Court granted in part and denied in part. ECF Nos. 18, 32. The Court also vacated the deadline for plaintiff to file an amended complaint, pending resolution of the motion to compel. Id.

`      The motion to compel having been resolved, the Court hereby orders that plaintiff file an amended complaint within thirty days. Plaintiff is referred to the Court's order of February 4, 2025, for instructions regarding the filing of an amended complaint. ECF No. 6.

1

Accordingly it is hereby ORDERED

1.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  April 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD.kern3204.amended

2